FRANK BENEDICT v. THE STATE.

No. 9659. Delivered October 14, 1925.

**Manufacturing Intoxicating Liquor—No Statement of Facts—No Bill of Exception.**

There are no bills of exception, nor statement of facts in this record. The appellant intered a plea of guilty, and no error being perceived, the cause is affirmed.

Appeal from the District Court of Grayson County. Tried below before the Hon. F. E. Wilcox, Judge.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

BERRY, Judge.—The appellant was convicted in the district court of Grayson County for the offense of manufacturing liquor and his punishment assessed at confinement in the penitentiary for one year.

The record discloses that the appellant's conviction was on his plea of guilty and there is no statement of facts or bills of exception before this court. The indictment is in proper form and the penalty assessed is one that is provided for by law and, there being no error manifest from the record, the judgment of the trial court is affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.